[Cite as *State v. Davies*, 2020-Ohio-2993.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# ASHTABULA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | **O P I N I O N** |
| Plaintiff-Appellee, | : | |
| | | **CASE NO. 2019-A-0067** |
| - vs - | : | |
| | | |
| ROBERT R. DAVIES, | : | |
| | | |
| Defendant-Appellant. | : | |

Civil Appeal from the Ashtabula County Court, Western District, Case No. 2017 MI 00025 W.

Judgment: Affirmed.

*Cecilia M. Cooper*, Ashtabula County Prosecutor, and *Shelley M. Pratt,* Assistant Prosecutor, 25 West Jefferson Street, Jefferson, Ohio 44047 (For Plaintiff-Appellee).

*Robert Davies*, pro se, 7455 Harmon Road, Conneaut, Ohio 44030. (Defendant-Appellant).

THOMAS R. WRIGHT, J.

{¶1} Appellant, Robert R. Davies, was convicted of a misdemeanor in April 2000. Twelve years later, due to a flawed complaint, his conviction was vacated and the case was dismissed. Appellant therefore moved for reimbursement of fines and costs which was overruled. Appellant did not appeal.

{¶2} Thereafter, appellant moved the trial court to vacate its order overruling his motion for reimbursement. That motion was overruled and appellant appeals assigning

the following as error:

{¶3} "The trial court erred in denying appellant's motion to vacate the judgment denying return of fines and court costs."

{¶4} Appellant could have appealed the trial court's order denying his motion for reimbursement, but did not. Res judicata bars litigating in any proceeding, except a direct appeal, any defense or claimed lack of due process that could have been raised on direct appeal. *State v. Hall*, 11th Dist. Trumbull No. 2008-T-0051, 2009-Ohio-6379, ¶ 33, quoting *State v. Szefcyk*, 77 Ohio St.3d 93, 671 N.E.2d 233 (1996), syllabus. Stated otherwise, a motion to vacate may not be used as a substitute for appeal. *State v. Weese,* 9th Dist. Medina Nos. 2742-M and 2760-M, 1998 WL 239977 (May 13, 1998). Moreover, reimbursement of fines and costs after reversal and dismissal is a due process issue. *Nelson v. Colorado,* 137 S.Ct. 1249, 197 L.Ed.2d 611 (2017).

{¶5} Because appellant's motion to vacate is barred by res judicata, his assignment of error lacks merit. The trial court's judgment is affirmed.


MATT LYNCH, J.,

MARY JANE TRAPP, J.,

concur.

2